IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| IVAN HEATH LEE, | * |
| Plaintiff, | * |
| v. | * |
| | *  No. 1:12-cv-00085-SWW-JJV |
| INDEPENDENCE COUNTY DETENTION CENTER; *et al.*, | * |
| Defendants. | * |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 12th day of December, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE